# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JUSTIN THOMAS LEE FORMAN | ) | Case No.  1:26-MJ-299 |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 6, 2023 _____ in the city/county of _____

in the ____ Eastern ____ District of ____ Virginia ____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) and (b)(1) | Receipt of a Visual Depiction Involving the Use of a Minor Engaged in Sexually Explicit Conduct |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
   Reviewed by AUSA/SAUSA

| | |
|---|---|
| Jacob Mercer, AUSA | *Melissa A. Macaron* |
| *Printed name and title* | Special Agent Melissa Macaron, FBI |
| | *Printed name and title* |

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone _____ *(specify reliable electronic means).*

Date:  07/30/2026 _____

City and state:  Alexandria, Virginia _____    The Hon. William B. Porter, U.S. Magistrate Judge
                                                      *Printed name and title*