JS 45 (01/2008)                        <u>**REDACTED**</u>

Criminal Case Cover Sheet                                    U.S. District Court

**<u>Place of Offense:</u>**          Under Seal:Yes X__No ____    Judge Assigned: _____WBP_____

City _____ Superseding Indictment _____ Criminal Number: _____

County/Parish  Eastern District of Virginia    Same Defendant _____ New Defendant    X _____

Magistrate Judge Case Number 1:26-MJ-299_____Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Related Case Name and No: _____

<u>Defendant Information:</u>

**Juvenile --Yes ___No  X__FBI #** _____

**Defendant Name:** JUSTIN THOMAS LEE FORMAN_____    Alias Name(s)_____

**Address:** Fredericksburg, Virginia 22405_____

**Employment:** _____

**Birth date** 1989_____**SS#** 9316_____**Sex** M**Def Race** White____ Nationality _____ Place of Birth _____

**Height** _____**Weight** ____ **Hair**_____ **Eyes** Brown____ Scars/Tattoos _____

**Interpreter:** **No** ____ **Yes** List language and/or dialect: _____Automobile Description _____

<u>Location Status:</u>

Arrest Date    July 30, 2026_____

X_Already in Federal Custody as of    07/30/2026_____ in  ADC_____

___Already in State Custody ___On Pretrial Release ___Not in Custody

X_Arrest Warrant Requested ___Fugitive ___Summons Requested

___Arrest Warrant Pending ___Detention Sought ___Bond

<u>Defense Counsel Information:</u>

Name: _____ ___Court Appointed    Counsel conflicted out: _____

Address: _____ ___Retained

Telephone:_____ ___Public Defender    Federal Public Defender's Office conflicted out:

<u>U.S. Attorney Information:</u>

AUSA   Jacob Mercer_____ Telephone No:    703-299-3700____    Bar #_____

Complainant Agency, Address & Phone Number or Person & Title:

Special Agent Melissa Macaron, FBI

<u>U.S.C. Citations:</u>

|       | **Code/Section** | **Description of Offense Charged** | **Count(s)** | **Capital/Felony/Misd/Petty** |
|-------|------------------|-----------------------------------|-------------|-------------------------------|
| Set 1 | 18 U.S.C. §§ 2252(a)(2) and (b)(1) | Receipt of a Visual Depiction Involving the Use of a Minor Engaged in Sexually Explicit Conduct | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** 07/30/2026_____ Signature of AUSA:    /s/ Jacob Mercer_____