| Date: 07/31/2026 | Time: 2:03p - 2:18p |
|---|---|
| Case #: 1:26-mj-299 | Hearing: Initial Appearance |

Judge: William B. Porter

| Tape: FTR/400 | Court Reporter: N/A |
|---|---|

Eastern District of Virginia
United States of America
v.
Justin Thomas Lee Forman

Participants

Counsel for USA: Jacob Mercer

Counsel for Defense: Sean Mitchell

Court to appoint counsel: FPD

Interpreter:                              Language:

Advisement

☑ Rule 5          ☑ Due Process Protections Act          ☐ Rule 5 hearings waived

Pretrial/Probation/Sup. Release violation(s)
☐ Deft informed of violation(s)          ☐ Deft contests probable cause
☐ Deft does not contest probable cause          ☐ Court finds probable cause

Revocation
☐ Probation revoked          ☐ Pretrial conditions of release revoked
☐ Sentencing (revocation):

Detention Hearing/Preliminary Hearing
☐ DH held / ☐ DH waived          ☐ PH held / ☐ PH waived
☐ Def submits on probable cause          ☐ Def not contesting probable cause
☐ Govt adduced evidence and rests          ☐ Defense adduced evidence and rests
☐ Court finds probable cause

Detention
☑ Govt seeking detention - ☐ Granted / ☐ Denied
☐ Govt not seeking detention          ☐ Def not contesting/seeking release at this time
☐ Def counsel seeking release - ☐ Granted / ☐ Denied
☑ Deft remanded to the custody of the USMS

Bond Status
☐ Deft released on PR bond: ☐ with conditions
☐ Deft continued on previously imposed conditions:

Future proceedings
☐ Matter continued for further proceedings before the Grand Jury
☑ Next hearing: DH/PH - 8/3/26 - 2pm - LRV

Notes: