**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

UNITED STATES OF AMERICA, )
)
v. ) Criminal Nos. 1:26-MJ-299
)
JUSTIN THOMAS LEE FORMAN, )
)
Defendant. )

## ORDER

This matter comes before the Court on its own initiative. Under Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, the Court ORDERS the United States to adhere to the disclosure obligations set forth in *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny. *Brady* v. *Maryland* instructs that "the suppression by the prosecution of evidence favorable to an accused" violates due process where the evidence is "material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution." 373 U.S. at 87. Failure to adhere to this requirement may result in serious consequences, up to and including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt of proceedings, disciplinary action, or sanctions by the Court.

Having given counsel the oral admonition required by the Due Process Protections Act, this Order serves as the reminder of prosecutorial obligation and duties in accordance with Rule 5(f) and the Eastern District of Virginia Standing Order concerning the same.

It is SO ORDERED.

Entered this 31st day of July 2026.

/s/
William B. Porter
United States Magistrate Judge

William B. Porter
United States Magistrate Judge

Alexandria, Virginia